UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON

_____
|   |   |
|---|---|
| TRIMIL SA | : |
|  | : |
|  | : |
| Plaintiff, | : Court Nos. 07-00416, etc. |
|  | : (as per attached schedule) |
| v. | : |
|  | : |
| UNITED STATES, | : |
|  | : |
| Defendant. | : |
|_____| : |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Monica P. Triana, hereby enters her appearance as attorney of record for the United States, defendant, in the above-captioned actions, and requests that all papers in connection therewith be referred to her attention.

                Respectfully submitted,

                BRIAN M. BOYNTON
                Acting Assistant Attorney General
                Civil Division

                PATRICIA M. McCARTHY
                Director

                /s/ Justin R. Miller
                JUSTIN R. MILLER
                Attorney-in-Charge

                /s/Monica P. Triana
                MONICA P. TRIANA
                Trial Attorney
                International Trade Field Office
                Department of Justice, Civil Division
                Commercial Litigation Branch
                26 Federal Plaza, Room 346
                New York, New York 10278
                Attorneys for Defendant

Dated: December 15, 2021        (212) 264-9240 or 9230

## SCHEDULE OF CASES

| Court Number | Plaintiff Name |
|---|---|
| 05-00450 | Trimil Corp. |
| 06-00196 | Trimil Corp. |
| 07-00287 | Trimil Corp. |
| 09-00306 | Trimil Corp. |
| 09-00540 | Trimil Corp. |
| 05-00443 | Trimil S.A. |
| 05-00677 | Trimil S.A. |
| 06-00145 | Trimil S.A. |
| 06-00295 | Trimil S.A. |
| 07-00004 | Trimil S.A. |
| 07-00235 | Trimil S.A. |
| 07-00416 | Trimil S.A. |
| 08-00110 | Trimil S.A. |
| 08-00309 | Trimil S.A. |
| 09-00117 | Trimil S.A. |
| 09-00328 | Trimil S.A. |
| 09-00539 | Trimil S.A. |
| 10-00202 | Trimil S.A. |
| 10-00378 | Trimil S.A. |
| 11-00155 | Trimil S.A. |
| 11-00418 | Trimil S.A. |
| 12-00383 | Trimil S.A. |